**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

Dated: June 03, 2010



2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00832

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amish Sureshchandra Purohit and Marisha Amish Purohit<br>Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4<br><br>Movant,<br>vs.<br><br>Amish Sureshchandra Purohit and Marisha Amish Purohit, Debtors; U.S. Trustee, Trustee.<br><br>Respondents. | No. 2:10-bk-00006-CGC<br><br>Chapter 11<br><br>(Related to Docket #29)<br><br>**ORDER APPROVING STIPULATION REGARDING ADEQUATE PROTECTION** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that the Debtors pay Adequate Protection Payments in the amount of $7016.20 a month

plus any applicable taxes and interest commencing on JUNE 1, 2010. The funds are intended to serve as adequate protection for Debtor's lien obligation to Movant secured by the real property described as:

> LOT 38, RIGGS RANCH MEADOWS, A SUBDIVISION RECORDED IN BOOK 524 OF MAPS, PAGE 18, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that the debtors will direct all payments to Tiffany & Bosco on the first of each month commencing on June 1, 2010.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be given 10 days to cure all arrearages. If the defaulted payments are not received by Movant, within 10 days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan and Relief shall be granted.

This order is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.

DATED: _____ of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE