# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2-10-00006-CGC
Amish Sureshchandra Purohit )
) **INDIVIDUAL DEBTOR NOT ENGAGED IN**
Manisha Amish Purohit ) **BUSINESS MONTHLY REPORT**
)
) MONTH OF: May-10
)
) DATE PETITION FILED: 1/2/2010
Debtor(s) )
) TAX PAYER ID NO.: 7980
(Debtor's Social Securtiy #) last 4 digits only
1805
(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: No Business - Personal
Nature of Co-Debtor's Business: No Business Personal

DATE DISCLOSURE STATEMENT FILED: Jan 2nd, 2010   TO BE FILED:
DATE PLAN OF REORGANIZATION FILED: Jul 3rd, 2010   TO BE FILED:

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR | SIGNATURE OF CO-DEBTOR

Amish Purohit | Manisha Purohit
PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR

6/12/2010 | 6/12/2010
DATE | DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER | TITLE
| 6/12/2010
Amish Purohit |
PRINTED NAME OF PREPARER | DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Amish Purohit
**PHONE NUMBER:** 480-720-1973
**ADDRESS:** 2933 E. Nolan Pl, Chandler AZ 85249

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2-10-00006-CGC

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking #0052611713 | Savings | Checking | |
| Balance at Beginning of Period | $195.16 | $22,037.13 | | | $22,232.29 |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | $9,064.39 | | | $9,064.39 |
| Wages - Co-Debtor | | $8,334.21 | | | $8,334.21 |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Cash Back Bonus Checking | | $69.52 | | | $69.52 |
| Ohio House rent | | $1,000.00 | | | $1,000.00 |
| Transfers from Other DIP Accounts | | | | | |
| NHSC Student Loan Repayment | | $50,000.00 | | | $50,000.00 |
| | | | | | |
| **TOTAL RECEIPTS** | $195.16 | $68,468.12 | | | $68,468.12 |
| **TOTAL DISBURSEMENTS** | | $10,515.45 | | | $10,515.45 * |
| **Balance at End of Month** | $195.16 | $79,989.80 | | | $80,184.96 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name | N/A | N/A | N/A | N/A |
| Acct # | N/A | N/A | N/A | N/A |
| Name | N/A | N/A | N/A | N/A |
| Acct # | N/A | N/A | N/A | N/A |
| Name | N/A | N/A | N/A | N/A |
| Acct # | N/A | N/A | N/A | N/A |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | $10,515.45 * |
| Plus: Payroll deductions (from page 4) | $10,434.36 |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | $20,949.81 |

Case Number: 2-10-00006-CGC

**CASE STATUS**

**QUESTIONAIRE**

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | x |
| 2. Have you made any payments to an attorney or accountant this month? |  | x |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | x |  |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | x |
| 5. Have any insurance policies or coverages expired? |  | x |
| 6. Are any post-petition real estate taxes past due? |  | x |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | x |
| 8. Do you expect any significant income changes within the next 90 days? |  | x |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

I payed on my Honda and Ford car payments as advised by my attorney

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Still working on a payment and reorganization plan with my attorney.

Case Number: 21000006CGC

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| Month: | May-10 |
| Account # | 52611713 |
| Bank Name | ırshall & lisley Bank |

| Cash/Electronic Disbursements ||||
|---|---|---|---|
| Date | Payee | Pure | Amount |
| 5/3/2010 | FLORIDA CITRUS CENTER | Food | $6.00 |
| 5/3/2010 | PIZZA PATRON | Food | $7.26 |
| 5/3/2010 | FLORIDA CITRUS CENTER | Food | $9.60 |
| 5/3/2010 | RIVER CITY | Food | $14.50 |
| 5/3/2010 | BARNESNOBLE | Books | $24.74 |
| 5/3/2010 | BOSTONS PIZZA | Food | $39.77 |
| 5/3/2010 | AMELIA RIVER CRUISES | River Cruise | $40.00 |
| 5/3/2010 | CIRCLE K | Car Gas | $48.01 |
| 5/3/2010 | INDIAS RESTAURANT | Food | $49.56 |
| 5/3/2010 | ARCO PAYPOINT | Car Gas | $50.00 |
| 5/3/2010 | BLADES LANDSCAPING | House Landscaping | $100.00 |
| 5/3/2010 | IQ ABACUS MATH | Daughter's Math Class | $100.00 |
| 5/3/2010 | KAY JEWELERS | Mother's Day present | $184.31 |
| 5/3/2010 | ALAMO RENT A CAR | Rental Car | $288.20 |
| 5/4/2010 | FRESHENS | Food | $5.35 |
| 5/4/2010 | BASHAS | Groceries | $15.74 |
| 5/4/2010 | PARADISE BAKERY CAFE | Food | $19.12 |
| 5/4/2010 | BASHAS | Groceries | $30.08 |
| 5/4/2010 | INDIAN PARADISE | Food | $33.00 |
| 5/4/2010 | BOSTONS | Food | $37.78 |
| 5/4/2010 | SKY HARBOR AIRPORT | Airport Parking | $48.00 |
| 5/4/2010 | PARADIES | Souveniers from Jacksonville FL, for Kids | $93.03 |
| 5/4/2010 | THE RITZ CARLTON | Incendental Charges for hotel stay | $100.61 |
| 5/4/2010 | COSTCO | Groceries | $117.05 |
| 5/4/2010 | DIRECTV | Satellite Service | $153.18 |
| 5/4/2010 | RESORT FUNDING LLC | Time Share | $191.59 |
| 5/5/2010 | BASHAS | Groceries | $3.03 |
| 5/5/2010 | SUBWAY | Food | $5.73 |
| 5/5/2010 | STAPLES | Office Supplies | $16.16 |
| 5/5/2010 | EBAY | Online Indian Gifts for religouis function | $96.31 |
| 5/6/2010 | SUBWAY | Food | $5.41 |
| 5/6/2010 | SHELL SERVICE STATION | Car Gas | $10.05 |
| 5/7/2010 | WATER AND ICE | Ice cream | $3.87 |
| 5/7/2010 | SUBWAY | Food | $23.78 |
| 5/7/2010 | ARCO PAYPOINT | Car Gas | $50.00 |
| 5/7/2010 | SKY HARBOR | Parking At Sky Harbor Airport | $101.00 |
| 5/10/2010 | SVC CHG INTRNTL TRAN | Service charge for international card transaction | $0.27 |
| 5/10/2010 | SVC CHG INTRNTL TRAN | Service charge for international card transaction | $1.26 |
| 5/10/2010 | CVS | Medications | $1.81 |
| 5/10/2010 | EINSTEIN BROS BAGELS | Food | $2.68 |
| 5/10/2010 | CANYON NEWS | Soda and Gum | $3.24 |
| 5/10/2010 | EINSTEIN BROS BAGELS | Food | $5.33 |
| 5/10/2010 | GELATO PREMIO | Ice cream | $8.20 |
| 5/10/2010 | FAMOUS FAMIGLIA | Food | $10.55 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 5/10/2010 | BURGER KING | Food | $11.22 |
| 5/10/2010 | SUBWAY | Food | $17.08 |
| 5/10/2010 | PAYPAL | Online Indian Gifts for religouis function | $20.50 |
| 5/10/2010 | SUBWAY | Food | $22.43 |
| 5/10/2010 | EBAY | Online Indian Gifts for religouis function | $26.65 |
| 5/10/2010 | LITTLE INDIA | Indian Groceries | $29.50 |
| 5/10/2010 | PAYPAL | Online Indian Gifts for religouis function | $30.00 |
| 5/10/2010 | COSTCO GAS | Car Gas | $33.00 |
| 5/10/2010 | PAYPAL | Online Indian Gifts for religouis function | $63.30 |
| 5/10/2010 | THE OLIVE GARDEN | Food | $72.00 |
| 5/10/2010 | COSTCO | Groceries | $90.89 |
| 5/10/2010 | CNS TOYS R US | Gifts for birthday parties | $106.25 |
| 5/10/2010 | EBAY | Online Indian Gifts for religouis function | $125.90 |
| 5/10/2010 | CVS | Medications | $193.94 |
| 5/11/2010 | DEL TACO | Food | $24.83 |
| 5/12/2010 | LOS FAVORITOS TACO | Food | $12.41 |
| 5/12/2010 | MACINTOSH MASTER HOA | Home owners fees | $35.00 |
| 5/12/2010 | MISTER STEAMY | Steam balls for laundry | $67.94 |
| 5/12/2010 | BRIGGS PEST CONTROL | Exterminator | $70.00 |
| 5/12/2010 | BULWARK EXTERMINATING | Exterminator | $78.00 |
| 5/12/2010 | VILLAS AT MAC CONDO FEES | Ohio house HOA fees | $95.00 |
| 5/12/2010 | TJ MAX | Clothing | $95.88 |
| 5/12/2010 | SALT RIVER PROJECT | Electricity bill | $151.24 |
| 5/12/2010 | USAA | Auto insurance | $176.40 |
| 5/13/2010 | BASHAS | Food | $10.74 |
| 5/13/2010 | CVS | Medications | $11.96 |
| 5/13/2010 | CVS | Medications | $17.12 |
| 5/14/2010 | SVC CHG INTRNTL TRAN | Service charge for international card transaction | $0.20 |
| 5/14/2010 | VALERO | Car Gas | $3.74 |
| 5/14/2010 | SUBWAY | Food | $7.35 |
| 5/14/2010 | EBAY | Online Indian Gifts for religouis function | $20.18 |
| 5/14/2010 | VALERO | Car Gas | $57.86 |
| 5/14/2010 | TARGET | Groceries | $58.96 |
| 5/17/2010 | ALBERTSONS | Groceries | $6.77 |
| 5/17/2010 | TARGET | Groceries | $7.14 |
| 5/17/2010 | RUBIOS | Food | $12.29 |
| 5/17/2010 | WALGREEN | Medications | $13.54 |
| 5/17/2010 | JEEPERS AMUSEMENT PARK | Food at amusement park | $15.71 |
| 5/17/2010 | TARGET | Groceries | $18.19 |
| 5/17/2010 | NETFLIX | Online Movie membership | $18.37 |
| 5/17/2010 | JUST SPORTS | Hats | $26.95 |
| 5/17/2010 | PRECISION TIME | Watch battery replacement | $29.09 |
| 5/17/2010 | CVS | Medications | $33.33 |
| 5/17/2010 | NATIVE NEW YORKER | Food | $33.58 |
| 5/17/2010 | CASH WITHDRAWAL | For food and accessories at the mall | $62.50 |
| 5/18/2010 | COSTCO | Groceries | $12.98 |
| 5/18/2010 | CVS | Medications | $24.78 |
| 5/18/2010 | JEEPERS AMUSEMENT PARK | Admission Tickets for park | $29.50 |
| 5/18/2010 | VALERO | Car Gas | $30.01 |
| 5/18/2010 | CVS | Medications | $43.71 |
| 5/18/2010 | LAWGURU COM | Online legal advice | $49.95 |
| 5/18/2010 | COSTCO | Groceries | $113.28 |
| 5/19/2010 | BASHAS | Groceries | $7.90 |
| 5/19/2010 | BASHAS | Groceries | $9.29 |

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 5/20/2010 | SUBWAY | Food | $6.81 |
| 5/21/2010 | COSTCO | Groceries | $13.79 |
| 5/21/2010 | BASHAS | Groceries | $14.43 |
| 5/21/2010 | TJ MAX | Clothing | $32.32 |
| 5/21/2010 | COSTCO | Groceries | $70.13 |
| 5/21/2010 | AMERICAN HONDA PAYMENT | Car payment | $735.00 |
| 5/24/2010 | PAYPAL | Online Indian Gifts for religouis function | $3.49 |
| 5/24/2010 | LOS FAVORITOS TACO | Food | $4.11 |
| 5/24/2010 | TACO BELL | Food | $4.28 |
| 5/24/2010 | EINSTEIN BROS | Food | $5.48 |
| 5/24/2010 | STARBUCKS | Coffee | $7.68 |
| 5/24/2010 | BASHAS | Food | $11.70 |
| 5/24/2010 | COSTCO GAS | Car Gas | $12.47 |
| 5/24/2010 | GREAT CLIPS | Hair cut | $18.00 |
| 5/24/2010 | LEE LEE ORIENTAL MARKET | Groceries | $19.23 |
| 5/24/2010 | BASHAS | Groceries | $22.66 |
| 5/24/2010 | LOS FAVORITOS TACO | Food | $23.06 |
| 5/24/2010 | COSTCO GAS | Car Gas | $41.61 |
| 5/24/2010 | DISH NETWORK | Satellite Service | $45.46 |
| 5/24/2010 | ENTERPRISE RENT A CAR | Rental Car | $50.00 |
| 5/24/2010 | AQUASAFE SWIM SCHOOL | Swimming lessions for daughter | $139.00 |
| 5/24/2010 | COSTCO | Groceries | $482.22 |
| 5/25/2010 | HARKINS | Food at the movies | $15.50 |
| 5/25/2010 | HARKINS | Movie tickets | $21.75 |
| 5/25/2010 | HARKINS | Movie tickets | $26.00 |
| 5/25/2010 | IQ ABACUS MATH | 6 month math course payment | $540.00 |
| 5/26/2010 | BASHAS | Groceries | $45.70 |
| 5/27/2010 | BASHAS | Groceries | $6.38 |
| 5/28/2010 | SVC CHG INTRNTL TRAN | Service charge for international card transaction | $0.27 |
| 5/28/2010 | HUHUKAM CAFETERIA | Food | $4.25 |
| 5/28/2010 | EBAY | Online Indian Gifts for religouis function | $27.43 |
| | | Total Cash/Electronic Disbursements | $7,041.70 |

### CHECKS ISSUED

| Check Number | Date | Payee | Pure | Amount |
|---|---|---|---|---|
| 281 | 5/4/2010 | Quianna Williams | Child Care | $700.00 |
| 124 | 5/13/2010 | MICA | Malpractice Insurance Tail Premium | $841.50 |
| 161 | 5/14/2010 | Quianna Williams | Child Care | $700.00 |
| 125 | 5/14/2010 | Bank of America | Safe Deposit Box | $172.40 |
| 123 | 5/17/2010 | Direct Buy | Annual Membership Fee | $216.20 |
| 128 | 5/20/2010 | City of BroadView Heights | Utilities for Ohio house 6 months | $418.65 |
| 126 | 5/24/2010 | Ford Motor Credit | Ford Car Payment | $400.00 |
| 282 | 5/25/2010 | Kimberly Cowan | Birthday Gift | $25.00 |
| | | SUB TOTAL | | $3,473.75 |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $10,515.45 |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| Amish | 5/14/2010 | $7,952.80 | | $4,823.46 | | $3,129.34 |
| | 5/28/2010 | $6,962.80 | | $4,240.93 | | $2,721.87 |

| Co-Debtor | | | | |
|---|---|---|---|---|
| Manisha | 5/13/2010 | $7,071.21 | $4,660.02 | $2,411.19 |
| | 5/27/2010 | $5,846.15 | $3,674.19 | $2,171.96 |
| | | | **Total Payroll Deductions - report on page 2** | $10,434.36 |