**SO ORDERED.**

# TIFFANY & BOSCO
P.A.

**Dated: February 15, 2011**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-53700

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amish Sureshchandra Purohit and Marisha Amish Purohit<br>　　　　Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4<br><br>　　　　Movant,<br>　　vs.<br><br>Amish Sureshchandra Purohit and Marisha Amish Purohit,Debtors; U.S. Trustee - Phoenix,Trustee.<br><br>　　　　Respondents.<br>_____ | No. 2:10-bk-00006-CGC<br><br>Chapter　11<br><br>O R D E R<br><br><br>(Relating to docket #56) |

IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.